Form ntcdef13

# United States Bankruptcy Court
# Western District of Louisiana

**Case No.:** 09−20813
**Chapter:** 13
**Judge:** Robert Summerhays

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jack Hammond
( *debtor has no known aliases* )
170 N Railroad St.
Merryville, LA 70653

**Social Security No.:**
xxx−xx−1280

**Employer's Tax I.D. No.:**

---

## NOTICE OF DEFICIENT FILING(S) – CHAPTER 13 CASE

The following documents are deficient for the above captioned case:

☑ **Filing Fee of $274.** (Petition $235 + Administrative Fee $39)

If the fee is to be paid in installments or the debtor requests a waiver of the fee, the debtor must be an individual and must file a signed application for court approval. Official Form 3A and Rule 1006(b), Fed.R.Bankr.P.

☐ **Creditor Mailing Matrix. Names and addresses of all creditors of the debtor.**

Must be filed **WITH** the petition. Uniform Local Bankruptcy Rule 1007−2.

☐ **Notice to Individual Debtor with Primarily Consumer Debts under 11 U.S.C. § 342(b)**, if applicable.

Must be filed with the petition or within 15 days. 11 U.S.C. § 342(b); 521(a)(1)(B)(iii); Official Form B201.

☐ **Notice to Debtor by "Bankruptcy Petition Preparer,"** if applicable.

Must be filed **WITH** the petition if prepared by a "bankruptcy petition preparer."
11 U.S.C. § 110(b)(2)(B); Official Form 19B.

☐ **Declaration Re: Electronic Filing of Petition, Schedules & Statements and Statement of Social Security Number(s)**
The original must be submitted to the Clerk's office with the petition or within 48 hours. Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means as amended September 16, 2004.

☐ **Social Security Card Copies** Must be submitted to the Clerk's office with the petition or within 48 hours.

Uniform Local Bankruptcy Rule 1002−1.

☐ **Photo ID Copies** Must be submitted to the Clerk's office with the petition or within 48 hours. Uniform Local Bankruptcy Rule 1002−1.

☐ **Statement of Social Security Number (Official Form 21).**

Required if the debtor is an individual. The original must be submitted to the Clerk's office with the petition or within 48 hours. Rule 1007(f), Fed.R.Bankr.P.

**SEE REVERSE SIDE FOR ADDITIONAL DEFICIENCIES**

☐ **Certificate of Credit Counseling and Debt Repayment Plan. (Or § 109(h)(3) certification or § 109(h)(4) request).**
Required if the debtor is an individual. Must be filed with the petition.
Rule 1007(b) & (c),Fed.R.Bankr.P.

☐ **Individual Debtor's Statement of Compliance with Credit Counseling Requirement (Exhibit D to Official Form 1). Certificate of Credit Counseling and Debt Repayment Plan**, if applicable. **Section 109(h)(3) certification or § 109(h)(4) request**, if applicable. Exhibit D must be filed **WITH** the petition. If applicable, the Certificate of Credit Counseling and Debt Repayment Plan must be filed with the petition or within 15 days. If applicable, the § 109(h)(3) certification or the § 109(h)(4) request must be filed **WITH** the petition. Fed.R.Bankr.P. 1007(b)(3) & (c).

☐ **Statement Disclosing Compensation Paid or to Be Paid to a "Bankruptcy Petition Preparer" as defined in 11 U.S.C. § 110.** Must be filed **WITH** the petition if the "bankruptcy petition preparer" prepares the petition. 11 U.S.C. § 110(h).

☐ **Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Official Form 22C).**
Must be filed with the petition or within 15 days. Rule 1007, Fed.R.Bankr.P.

☐ **Schedules of Assets, Liabilities, Executory Contracts, Unexpired Leases, Codebtors, and Summary (Schedules A–H and Summary of Schedules, including Summary of Certain Liabilities** if the debtor is an individual.) **Official Form 6.** Must be filed with the petition or within 15 days. Rule 1007(b) & (c), Fed.R.Bankr.P.

☐ **Schedules of Current Income and Expenditures (Schedules I – J of Official Form 6).**
All debtors must file these schedules. If the debtor is an individual, Schedules I and J of Official Form 6 must be used for this purpose. Must be filed with the petition or within 15 days.
11 U.S.C. § 521(1)(B)(ii) and Rule 1007(b) & (c), Fed.R.Bankr.P.

☐ **Statement of Financial Affairs (Official Form 7).**
Must be filed with the petition or within 15 days. Rule 1007(b) & (c), Fed.R.Bankr.P.

☐ **Copies of all payment advices or other evidence of payment received by the debtor from any employer within 60 days before the filing of the petition.** Required if the debtor is an individual. Must be filed with the petition or within 15 days. Rule 1007(b) & (c), Fed.R.Bankr.P.

☐ **Chapter 13 Plan.**
Must be filed with the petition or within 15 days. Rule 3015, Fed.R.Bankr.P.

☐ **Statement Disclosing Compensation Paid or to Be Paid to the Attorney for the Debtor.**
Must be filed with the petition or within 15 days. 11 U.S.C. § 329 and Rule 2016(b), Fed.R.Bankr.P.

☐ **Certificate of Intent to Cure Default (Automatic Stay – Rental Deposits)**
Must be filed within 30 days. Debtor must be an individual. 11 U.S.C. § 362(l)(1)

☑ **Personal Financial Management Course.**
Required if the debtor is an individual. Must be filed within 45 days after the first date set for the meeting of creditors in a Chapter 7 case, and not later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge in a Chapter 13 case. Rule 1007(b)(7), Fed.R.Bankr.P., 11 U.S.C. §727(a)(11) and 1328(g)(1). Official Form B23.

**SEE NEXT PAGE FOR ADDITIONAL DEFICIENCIES**

☐ **Other:**

    Failure to file the documents required by 11 U.S.C. §521(a)(1) within the time periods set forth therein, and to comply with any Deficiency Notice issued by the Clerk of the Bankruptcy Court may result in the "automatic dismissal" of the case.

Date: 9/16/09

                                                    J. Barry Dunford
                                                    CLERK OF COURT

# CERTIFICATE OF NOTICE

```
District/off: 0536-2          User: cetienne          Page 1 of 1          Date Rcvd: Sep 16, 2009
Case: 09-20813                Form ID: ntcdef13       Total Noticed: 1
```

The following entities were noticed by first class mail on Sep 18, 2009.
```
db          +Jack Hammond,   170 N Railroad St.,   Merryville, LA 70653-3029
```
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2009**                    Signature:  _Joseph Speetjens_